

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2018

No. 04-18-00189-CV

**IN RE ASCENSION PROJECT, INC.,**
AMK II Managing Member LLC, and AV Managing Member, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Patricia O. Alvarez, Justice
             Irene Rios, Justice

On March 26, relators filed a petition for writ of mandamus and an emergency motion for temporary relief pending mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court **no later than April 12, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for temporary relief is GRANTED. The trial court's March 12, 2018 'Order' and the trial court's March 21, 2018 "Order on Defendants/Counter-Plaintiffs, Ascension Project, Inc., AMK Managing Member, LLC and AV Managing Member, LLC's Expedited Motion to Stay and Motion for Reconsideration" are both STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on March 27, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-07629, styled *David Meaden v. Ascension Commercial Real Estate, L.P.; et al.*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.